# PRYOR & MANDELUP, L.L.P.

A Limited Liability Partnership Including Professional Corporations

675 Old Country Road
Westbury, New York 11590-4513

Telephone: (516) 997-0999
Facsimile:(516) 333-7333

November 1, 2017

Office of the U. S. Trustee
Long Island Federal Courthouse
560 Federal Plaza
Central Islip, New York 11722
Attn: Christine Black, Assistant U. S. Trustee

  Re: VICTORIA S WHITE-DINGMAN
    Case No: 17-75759

Dear Ms. Black,

  I have been appointed the Chapter 7 Trustee ( the "Trustee") of the bankruptcy case of Victoria S. White-Dingman under Chapter 7 Case No 17-75759.

  Due to a conflict I will be unable to accept my appointment as Trustee.

  Kindly appoint a Successor Trustee. Thank you.

               Sincerely Yours,

               s/Robert L. Pryor
               Robert L. Pryor