UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In Re:                                                                    Chapter

                                                                                                    Case No.

                                             Debtor(s)
--------------------------------------------------------X

## **LOSS MITIGATION REQUEST - BY DEBTOR**

  I am a Debtor in this case. I hereby request to enter into the Loss Mitigation Program with respect to *[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]***:**

_____
*[Identify the Property]*
_____
*[Loan Number]*
_____
*[Creditor's Name and Address]*


**SIGNATURE**

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in the Loss Mitigation Program in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of entry into the Loss Mitigation Program. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period.


Sign: _____    Date: _____, 20_____

Print Name: _____
*[First and Last Name]*
Telephone Number: _____
*[i.e. 999-999-9999]*
E-mail Address [if any]: _____