# DAVID A. GALLO & ASSOCIATES LLP



WWW.DAGALLP.COM
99 Powerhouse Road – First Floor
Roslyn Heights, NY 11577

New Jersey Office:
191 Godwin Avenue
Wyckoff, NJ 07481

Please reply to New York address

DAVID A. GALLO
KATHLEEN CLIFFORD GALLO
*ROBERT M. LINK
* MEMBER OF N.Y. & N.J.

DANIEL D. ANGIOLILLO
Justice of the Appellate Division
Second Department, Retired
Of Counsel

NY Phone: (516) 583-5330
NY Fax: (516) 583-5333
NJ Phone: (201) 778-4400

May 2, 2018

Judge Louis A. Scarcella
United States Bankruptcy Court, Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

RE: **In re Victoria S White-Dingman**
**Chapter 7, Case No. 17-75759-las**

Dear Judge Scarcella:

Our office continues to represent Shellpoint Mortgage Servicing ("Shellpoint") with regard to the above referenced loss mitigation matter.

At the prior status conference held 3/14/2018, representation for the Debtor advised this Court that that all documents were received by Debtor's Counsel, Mr. Artura`s office on 3/13/2018, and were being prepared for submission to the Lender. Our office has just received the initial application today, 5/2/2018. Same has been forwarded to Shellpoint for review.

Thank you for your courtesy in this matter.

Respectfully submitted,
***/s/Jacqueline Missick, Esq.***
Jacqueline Missick